UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY A. WILLIAMS,

    Petitioner,

v

PATRICIA CARUSO,

    Respondent.
_____/

CASE NO. 2:07-11291
HONORABLE DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## ORDER AMENDING CAPTION

Petitioner, Bobby Williams, has filed a petition for writ of habeas corpus in which he names Patricia Caruso as the Respondent. Petitioner is currently incarcerated at the Florence Crane Correctional Facility in Coldwater, Michigan. The only proper respondent in a habeas case is the habeas petitioner's custodian, which in the case of an incarcerated habeas petitioner would be the warden. See *Hogan v. Hanks*, 97 F. 3d 189, 190 (7th Cir. 1996); *See also* Rule 2(a), 28 foll. U.S.C. § 2254. The warden at the Crane Facility is Carol Howes.

Accordingly, the Court **AMENDS** the caption to *"Bobby A. Williams v. Carol Howes."*

                                    s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2007